IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| GREATER KANSAS CITY LABORERS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case No. 05-0511-CV-W-GAF |
| JOHN W. EDWARDS, d/b/a EDWARDS & ASSOCIATES CONSTRUCTION COMPANY, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

Now before the Court is the parties' Stipulation for Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party is to bear its own costs. The Court shall retain jurisdiction over the Release and Settlement Agreement between the parties for purposes of enforcement of its terms.

    /s/ Gary A. Fenner
    GARY A. FENNER, JUDGE
    United States District Court

DATED: March 24, 2006